# Third District Court of Appeal

## State of Florida

Opinion filed February 10, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D19-2334
Lower Tribunal No. 16-588
_____

**Palmetto Physical Therapy Inc., etc.,**
Appellant,

vs.

**Progressive Select Insurance Co.,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Gloria Gonzalez-Meyer, Judge.

Christian Carrazana, P.A., and Christian Carrazana, for appellant.

de Beaubien, Simmons, Knight, Mantzaris & Neal, LLP (DSK Law), and Kenneth P. Hazouri (Orlando), for appellee.

Before EMAS, C.J., and HENDON and GORDO, JJ.

PER CURIAM.

The instant appeal was initiated as an appeal of a final summary judgment, in which the county court certified a question of great public importance under Florida Rule of Appellate Procedure 9.160(b).  Effective January 1, 2021, statutory amendments modified the jurisdiction of circuit courts under section 26.012, Florida Statutes, and amended certification of questions to district courts of appeal under section 34.017, Florida Statutes.  As a result of these legislative enactments, we exercise jurisdiction over the instant case as a plenary appeal of the summary judgment.  See Fla. R. App. P. 9.030(b)(1)(A).

"Where no genuine issue of material fact is shown to exist, the only question for the appellate court is whether the summary judgment was properly granted under the law."  del Pino Allen v. Santelises, 271 So. 3d 1112, 1114 (Fla. 3d DCA 2019) (quoting Yardum v. Scalese, 799 So. 2d 382, 383 (Fla. 4th DCA 2001)).  Upon review, we find no genuine issue of material fact and conclude summary judgment was properly granted.

Affirmed.